**DreamWorks Animation LLC v. ZLPDUFF and the Individuals and Entities Operating ZLPDUFF - Case No. 25-cv- 08787**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | temu.com/m-634418221838051.html | ZLPDUFF |